IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re GEORGE MARTIN, H-90626,

    Plaintiff.

No. C 12-3193 CRB (PR)

ORDER

    This civil action by a prisoner was filed on June 20, 2012. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint, or pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. §1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

    On July 9, 2012, plaintiff filed a request for an extension of time to file the requested items. Good cause appearing, plaintiff's request for an extension of time to file the requested items is GRANTED. Plaintiff must file an actual complaint and a completed IFP application (or pay the requisite $350.00 filing fee) by no later than August 3, 2012. No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 4.

    SO ORDERED.

DATED: July 12, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.eot.ifp.wpd