IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN, H-90626, | No. C 12-3193 CRB (PR) |
| Plaintiff, | ORDER |
| v. | |
| A. HEDGPETH, et al., | |
| Defendants. | |

Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint by no later than February 22, 2013.

No further extensions of time will be granted.

SO ORDERED.

DATED: Jan. 22, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.eot.wpd