1

2

3

4

5

6

7

8                               IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GEORGE MARTIN, H-90626,                    No. C 12-3193 CRB (PR)

12              Plaintiff,                       ORDER

13      v.

14   A. HEDGPETH, et al.,

15              Defendants.

16   _____/

17          Good cause appearing, plaintiff's request for an extension of time to file an amended

18   complaint is GRANTED.  Plaintiff shall file an amended complaint by no later than February 22,

19   2013.

20          No further extensions of time will be granted.

21          SO ORDERED.

22   DATED:  Jan. 22, 2013

23                                               _____
                                                 CHARLES R. BREYER
24                                               United States District Judge

25

26

27

28

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.eot.wpd