IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN, H-90626,            )<br>                    )<br>        Plaintiff(s),        )<br>                    )<br>    v.                )<br>                    )<br>RANDY GROUNDS, Warden, et al.,    )<br>                    )<br>        Defendant(s).        )<br>                    ) | No. C 12-3193 CRB (PR)<br><br>ORDER |

Good cause appearing therefor, prison officials shall provide plaintiff with reasonable access to a typewriter and to legal materials necessary to litigate this pending action. Plaintiff's recent handwritten letter to the court is mostly illegible.

SO ORDERED.

DATED:   Sept. 12, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.or1.wpd