IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE MARTIN, H-90626,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RANDY GROUNDS, Warden, et al.,,<br><br>　　　　　　　　　　Defendants. | Case No. C 12-3193 CRB (PR)<br><br>[PROPOSED] <ins>yes</ins> ORDER GRANTING DEFENDANTS' SECOND MOTION TO CHANGE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION |

　　Defendants M. Sepulveda, B. Mack, K. Kumar, and D. Bright (Defendants) filed a motion to extend the Court's briefing schedule for dispositive motions, up to and including December 20, 2013. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

　　Accordingly, IT IS ORDERED that Defendants' motion for an extension of time is GRANTED, and that the time for Defendants to file a motion for summary judgment or other dispositive motion is extended up to and including December 20, 2013. Plaintiff's opposition brief must be filed and served no later than 28 days after the motion is served and filed, and if Defendants wish to file a the reply brief, it must be filed and served not more than 14 days after

///

RECEIVED OCT 22 2013

1 | the opposition is served and filed.
2
3 | Dated: 10/24/13

_[signature]_ US District Judge (for)

THE HONORABLE CHARLES R. BREYER
United States District Judge
Northern District of California