IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN, H-90626, ) | |
|     Plaintiff(s), ) | No. C 12-3193 CRB (PR) |
|     v. ) | ORDER |
| RANDY GROUNDS, Warden, et al., ) | |
|     Defendant(s). ) | |

Per order filed on September 16, 2013, the court ordered prison officials to "provide plaintiff with reasonable access to a typewriter and to legal materials necessary to litigate this pending action." Plaintiff reports that he still has not been given access to a typewriter or his legal materials. Prison officials are ordered to provide plaintiff with reasonable access to a typewriter and his legal materials within 14 days of this order.

SO ORDERED.

DATED: Oct. 31, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.or2.wpd