IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN, H-90626,            )<br>                                     )<br>       Plaintiff(s),                )<br>                                     )<br>   v.                                )<br>                                     )<br>RANDY GROUNDS, Warden, et al.,      )<br>                                     )<br>       Defendant(s).                )<br>_____) | No. C 12-3193 CRB (PR)<br><br>ORDER<br><br>(Docket #69, 70 & 71) |

Good cause shown, plaintiff's motion for an extension of time to file an opposition to defendants' motion to dismiss, and a reply to defendants' opposition to plaintiff's motion for preliminary injunctive relief (see docket #69), is GRANTED. Plaintiff shall file an opposition to defendants' motion to dismiss, and a reply to defendants' opposition to plaintiff's motion for preliminary injunctive relief, by no later than April 30, 2014, and defendants shall file a reply to plaintiff's opposition within 14 days thereafter.

Plaintiff's "motion to compel performance of the provisions of the California Intractable Pain Treatment Act," and other state laws (see docket #71), and accompanying motion for contempt/sanctions for failure to abide by these state laws (see docket #70), are DENIED. Cf. Demos v. U.S. District Court, 925 F.2d 1160, 1161-62 (9th Cir. 1991) (federal district courts are without power to issue direct state courts, state judicial officers or other state officials in the performance of their duties under state law). To whatever extent plaintiff's

motion may be construed as also seeking preliminary injunctive relief for the deprivation of plaintiff's federal rights, said request is already pending in plaintiff's previously-filed motion for preliminary injunctive relief (see docket #51).

SO ORDERED.

DATED:  March 24, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.or3.wpd

2