IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE MARTIN, H-90626, | ) | |
| Plaintiff(s), | ) | No. C 12-3193 CRB (PR) |
| v. | ) | ORDER |
| RANDY GROUNDS, Warden, et al., | ) | (Docket #74 & 78) |
| Defendant(s). | ) | |

On February 14, 2014, defendants filed a dispositive motion consisting of an unenumerated Rule 12(b) motion to dismiss for failure to exhaust available administrative remedies and a Rule 12(b)(6) motion to dismiss for failure to state a claim upon which relief could be granted. The Ninth Circuit subsequently ruled in <u>Albino v. Baca</u>, No. 10-55702, slip op. at 4-5, 12 (9th Cir. Apr. 3, 2014) (en banc), that failure to exhaust available administrative remedies should be brought in a motion for summary judgment in most cases. Defendants accordingly move to convert their unenumerated Rule 12(b) motion to dismiss to a motion for summary judgment under Rule 56. (They also have provided plaintiff with the requisite concurrent <u>Rand</u> warning explaining what plaintiff has to do to ward off summary judgment.)

1  Good cause shown, defendants' motion (docket #74) to convert their
2  unemerated 12(b) motion to dismiss to a motion for summary judgment under
3  Rule 56 is GRANTED.  By no later than June 6, 2014, plaintiff shall file an
4  opposition to defendants' motion to dismiss under Rule 12(b)(6) and for
5  summary judgment under Rule 56, and defendants shall file a reply to plaintiff's
6  opposition within 14 days thereafter.
7  By no later than June 6, 2014, plaintiff also shall file a reply to defendants'
8  opposition to plaintiff's motion for preliminary injunctive relief.
9  In view of the new briefing schedule set above, plaintiff's motion (docket
10  #78) for an extension of time to file the relevant opposition and reply papers is
11  DENIED as moot.
12  <u>No further extensions of time will be granted.</u>
13  SO ORDERED.
14  DATED:  May 7, 2014
                                            _____
15                                           CHARLES R. BREYER
                                            United States District Judge

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.or4.wpd

2