IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE MARTIN, H-90626,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**RANDY GROUNDS, Warden, et al.,,**<br><br>　　　　　　　　　　　　Defendants. | Case No. C 12-3193 CRB (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　Defendants M. Sepulveda, B. Mack, K. Kumar, and D. Bright (Defendants) filed a motion to change the Court's deadline to file a summary judgment motion to December 4, 2014. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

　　　Defendants' motion to change time to file a motion for summary judgment is GRANTED. The time for Defendants to file their motion is extended through December 4, 2014. Plaintiff's opposition or notice of non-opposition shall be filed within twenty-eight days of the date the motion is filed, and any reply must be filed within fourteen days after the opposition is filed.

　　　IT IS SO ORDERED.

Dated:  October 20, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

[Proposed] Order Granting Defs.' Additional Time to File Mot. Summ. J. (C 12-3193 CRB (PR))