IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE MARTIN, H-90626,**<br><br>Plaintiff,<br><br>v.<br><br>**RANDY GROUNDS, Warden, et al.,,**<br><br>Defendants. | Case No. C 12-3193 CRB (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

    Defendants M. Sepulveda, B. Mack, K. Kumar, and D. Bright (Defendants) filed a motion for additional time to reply to Plaintiff's response to the motion for summary judgment. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

    Defendants' motion to change time to file a reply in support of the motion for summary judgment is GRANTED. The time for Defendants to file their motion is extended through April 15, 2015. The motion shall be deemed submitted as of the date the reply is filed. No hearing will be held on this motion unless the court so orders at a later date.

    IT IS SO ORDERED.

Dated: "Octej '45.'4237

The Honorable
United States Dis

1

[Proposed] Order Granting Defs.' Mot. Change Time to File Reply (C 12-3193 CRB (PR))