IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN, H-90626, | ) |
| Plaintiff(s), | ) No. C 12-3193 CRB (PR) |
| vs. | ) ORDER |
| A. HEDGPETH, Warden, et al., | ) |
| Defendant(s). | ) |

Plaintiff has filed a motion for reconsideration of the court's May 14, 2015 order granting defendants' motion for summary judgment and instructing the clerk to enter judgment. Defendants shall file a response to the motion by no later than June 17, 2015.

SO ORDERED.

DATED: June 10, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.or5.wpd