IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN, H-90626,<br><br>    Plaintiff(s),<br><br>vs.<br><br>A. HEDGPETH, Warden, et al.,<br><br>    Defendant(s). | No. C 12-3193 CRB (PR)<br><br>ORDER |

    Plaintiff has filed a second motion for reconsideration of the court's May 14, 2015 order granting defendants' motion for summary judgment claiming, among other things, "newly discovered evidence." Dkt. #138 at 2. Defendants shall file a response to the motion by no later than October 16, 2015.

SO ORDERED.

DATED: October 6, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.or7.wpd