IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN, H-90626, | ) |
|     Plaintiff(s), | ) No. C 12-3193 CRB (PR) |
| vs. | ) ORDER |
| A. HEDGPETH, Warden, et al., | ) |
|     Defendant(s). | ) |

    On October 2, 2015, plaintiff filed a second motion for reconsideration of the court's May 14, 2015 order granting defendants' motion for summary judgment claiming, among other things, "newly discovered evidence." Dkt. #138 at 2.

    On October 16, 2015, defendants filed a response to the motion, but plaintiff claims he cannot read it due to his visual impairment. He asks that the response be sent to him in a larger type size and, in support, attaches an administrative appeal decision prepared for him in a large type size.

    Good cause appearing, within seven (7) days of this order defendants shall serve on plaintiff a new copy of their response

1  (dkt. #141) using Times New Roman type size 16, as the court is
2  using in this order.  Plaintiff may file a reply within seven (7)
3  days of receiving defendants' response.  <u>No further extensions of</u>
4  <u>time will be granted</u>.
5       Prison officials are requested to provide plaintiff with
6  reasonable access to a typewriter.  His handwritten submissions to
7  the court are barely legible.
8  SO ORDERED.
9  DATED: <u>Nov. 2, 2015</u>
10                                     CHARLES R. BREYER
                                       United States District Judge

2