IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN, H-90626, | ) |
| Plaintiff(s), | ) No. C 12-3193 CRB (PR) |
| vs. | ) ORDER |
| A. HEDGPETH, Warden, et al., | ) (Dkt. #145) |
| Defendant(s). | ) |

On October 2, 2015, plaintiff filed a second motion for reconsideration of the court's May 14, 2015 order granting defendants' motion for summary judgment claiming, among other things, "newly discovered evidence." Dkt. #138 at 2.

On October 16, 2015, defendants filed a response to the motion, but plaintiff replied by claiming that he cannot read it due to his visual impairment and asking that the response be sent to him in a larger type size.

On November 4, 2015, the court ordered defendants to serve on plaintiff a new copy of their response (dkt. #141) using Times New Roman type size 16, as the court is using in this order, within seven days, and ordered plaintiff to file a reply within seven days of receiving the new copy of defendants' response.

1  |  But as soon as plaintiff received the court's November 4,
2  |  2015 order he penned and submitted a motion requesting that type
3  |  size 18, rather than 16, be used because it's "a little larger."  Dkt.
4  |  #145 at 1.  The motion (dkt. #145) is DENIED.  Although type
5  |  size 18 (this is what type size 18 looks like) is slightly larger
6  |  than type size 16, this alone does not justify compelling
7  |  defendants to serve plaintiff again with yet another copy of their
8  |  response.  Plaintiff will be afforded a <u>final opportunity</u> to file a
9  |  reply to defendants' response to his motion for reconsideration
10 |  within seven days of this order.  The court will not delay ruling on
11 |  plaintiff's second motion for reconsideration any further.
12 |  SO ORDERED.
13 |  DATED: 11/20/2015
14 |  CHARLES R. BREYER
    |  United States District Judge

G:\PRO-SE\CRB\CR.12\Martin, G.12-3193.or9.wpd

2